UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Mag. No. 03-869-MBB |
| ) | |
| LOI VAN NGUYEN ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney by and through the undersigned attorney respectfully moves to unseal the Criminal Complaint, supporting affidavit, and any other paperwork related to this matter as the defendant was arrested on December 16, 2003.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Laura J. Kaplan
LAURA J. KAPLAN
Assistant U.S. Attorney

DATE: December 17, 2003

DOCKETED

12/17/03 [signature], M.J. Allowed.

DOCKETED