# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

LOI VAN NGUYEN

**WARRANT FOR ARREST**

CASE NUMBER: MJ# 03 869-MBB

TO: The United States Marshall
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest ___LOI VAN NGUYEN___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

money laundering

in violation of Title __18__ United States Code, Section(s) __1956(a)(3)(B) and 2.__

MARIANNE B. BOWLER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

July 14 2003 BOSTON, MA
Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 33-37 McCormick Ter Stoughton MA |

| DATE RECEIVED 12/17/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/16/03 | Reuben Vega Special Agent ICE | [signature] |

AO 442 Warrant for Arrest