## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                                  CRIM. CASE NO:    MJ03-M-869 MBB

LOI VAN NGUYEN
            Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

     On December 17, 2003, the defendant in the above-entitled action appeared before this Court for the first time on a complaint charging him with 18 U.S.C. § 1956 (A)(3)(b) and 2, money laundering. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney SYRIE FRIED of the Federal Defender Office for the District of Massachusetts be appointed, effective as of December 18, 2003, to represent said defendant in this cause until further order of the Court.

     SO ORDERED.

                                                    JOYCE LONDON ALEXANDER
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    BY THE COURT:

                                                    /S/ Rex Brown
                                                    Rex Brown
                                                    Courtroom Clerk

December 19, 2003
Date