UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff         )<br>v.                             )<br>                                 )<br>LOI VAN NGUYEN     )<br>    Defendant        ) | **CRIMINAL COMPLAINT**<br>**CASE NO. MJH 03 869-MBB** |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Raymond Sayeg for the Defendant, Loi Van Nguyen, in the above-captioned action.

                                          Respectfully submitted
                                          Loi Van Ngyuen
                                          By His Attorney,

                                          _/s/ Raymond Sayeg_
                                          Raymond Sayeg, BBO #555437
                                          Law Offices of Raymond Sayeg
                                          Four Longfellow Place, 35th Floor
                                          Boston, MA 02114
                                          (617) 742-1184

Dated: December 23, 2003

### CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Notice of Appearance was served this 23rd day of December, 2003, by hand-delivery upon United States District Attorney, Laura Kaplan, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                                                        _/s/ Raymond Sayeg_
                                                        Raymond Sayeg