UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff               )<br>v.                                 )<br>                                   )<br>LOI VAN NGUYEN      )<br>    Defendant               ) | CRIMINAL COMPLAINT<br>CASE NO. MJH 03 869-MBB |

**ASSENTED TO MOTION TO CONTINUE**
**PRE-TRIAL DETENTION HEARING**

    NOW COMES the Defendant, Loi Nguyen, by and through undersigned Counsel, and respectfully requests that this Court continue the Pre-Trial Detention Hearing currently scheduled for December 24, 2003 at 11:00 a.m. to January 5, 2004 at 11:00 a.m. As reasons therefore, Counsel states that he has recently been retained and is therefore unable to appear for the hearing as scheduled.

    Assistant United States Laura Kaplan expressly assents to the within Motion. The Defendant consents to this request.

Respectfully submitted<br>
Loi Van Ngyuen<br>
By His Attorney,<br>
<br>
_____<br>
Raymond Sayeg, BBO #555437<br>
Law Offices of Raymond Sayeg<br>
Four Longfellow Place, 35th Floor<br>
Boston, MA 02114<br>
(617) 742-1184

Dated: December 23, 2003

**CERTIFICATE OF SERVICE**

    I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Assented to Motion to Continue was served this 23rd day of December, 2003, by hand-delivery upon United States District Attorney, Laura Kaplan, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____<br>
Raymond Sayeg

# Raymond Sayeg
### Counsellor at Law



2003 DEC 24  A 9:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 23, 2003

**By Hand Delivery**

Mr. Rex Brown
Courtroom Clerk to the Honorable
 Joyce London Alexander
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Re:   **United States of America v. Loi Van Nguyen,**
      **United States District Court of Massachusetts, Case No. MJH 03-869-MBB**

Dear Mr. Brown,

Pursuant to our telephone conversation today, enclosed please find the following documents:

1. Notice of Appearance; and

2. Assented to Motion to Continue Pre-Trial Detention Hearing.

Please acknowledge receipt hereof by date-stamping the enclosed copy of this letter and returning same in the envelope provided.

I thank you for your prompt attention to this matter.

Very truly yours,

Raymond Sayeg

RS/lsm
Enclosures
cc: Laura Kaplan,
  Assistant United States District Attorney
  (w/enclosures—By Hand)