UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br>v.  )<br> )<br>LOI VAN NGUYEN )<br>    Defendant )<br> ) | CRIMINAL COMPLAINT<br>CASE NO. MJH 03 869-MBB |

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Loi Van Nguyen, by and through undersigned Counsel, and request an order of this Honorable Court continuing the Pre-Trial Detention Hearing in the above-captioned action, currently scheduled for Wednesday, January 7, 2004 at 2:15 p.m. to Thursday, January 15, 2004 at 10:30 a.m. and as reasons therefore states as follows:

1. Counsel has had a death in his immediate family requiring that he be out of state and therefore will not be able to appear.

2. Assistant United States Laura Kaplan expressly assents to the within Motion.

WHEREFORE, Counsel for the Defendant requests that this Honorable Court allow this Assented to Motion to Continue.

Respectfully submitted
Loi Van Ngyuen
By His Attorney,

*[signature]*
Raymond Sayeg, BBO #555437
Law Offices of Raymond Sayeg
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 742-1184

Dated: January 6, 2004

Assented to:
United States of America
By Its Attorney

*[signature]*
Laura Kaplan
Assistant United States
 District Attorney
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3124

### CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Assented to Motion to Continue was served this 6th day of January, 2004, by hand-delivery upon United States District Attorney, Laura Kaplan, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

*[signature]*
Raymond Sayeg