UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE NO. 03-869-MBB

UNITED STATES OF AMERICA

v.

LOI VAN NGUYEN

ORDER OF VOLUNTARY DETENTION

JANUARY 15, 2004

**BOWLER, Ch.U.S.M.J.**

On January 15, 2004, defense counsel stated in open court that his client would enter into a period of voluntary detention without prejudice. Pursuant to the joint request of counsel this court has scheduled a detention and probable cause hearing for January 30, 2004 at 10:00 a.m.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

(1) The defendant be, and he hereby is, committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
Chief United States Magistrate Judge