UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  Plaintiff  )<br>v.                )<br>                  )<br>LOI VAN NGUYEN        )<br>  Defendant     )<br>_____) | CRIMINAL COMPLAINT<br>CASE NO. MJH 03 869-MBB |

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Loi Van Nguyen, by and through undersigned Counsel, and request an order of this Honorable Court continuing the Pre-Trial Detention Hearing in the above-captioned action, currently scheduled for Friday, January 30, 2004 to a date in February, and as reasons therefore states as follows:

1. The parties are attempting to formulate conditions of release that are acceptable to both the Government and Pre-trial Services; and

2. Assistant United States Attorney Laura Kaplan expressly assents to the within Motion.

WHEREFORE, Counsel for the Defendant requests that this Honorable Court allow this Assented to Motion to Continue.

                Respectfully submitted
                Loi Van Ngyuen
                By His Attorney,

                Raymond Sayeg, BBO #555437
                Law Offices of Raymond Sayeg
                Four Longfellow Place, 35th Floor
                Boston, MA 02114

Dated: January 29, 2004        (617) 742-1184

Assented to:
United States of America
By Its Attorney

Laura Kaplan,
Assistant United States Attorney
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3124

### CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Assented to Motion to Continue was served this 29th day of January, 2004, by hand-delivery upon United States Attorney, Laura Kaplan, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                Raymond Sayeg