UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 04-10086-RCL |
| ) | |
| LOI VAN NGUYEN    ) | |

**MOTION FOR COLLOQUY CONCERNING COUNSEL'S**
**CONTINUED REPRESENTATION OF DEFENDANT LOI VAN NGUYEN**

The United States of America respectfully moves this Court to conduct a colloquy, pursuant to United States v. Foster, 469 F.2d 1 (1st Cir. 1972) and its progeny, with defendant Loi Van Nguyen ("Nguyen") to ensure that he is aware that his attorney, Raymond Sayeg, Esq., has applied to this Office, the potential conflicts that creates, and his willingness to continue with his attorney.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
LAURA J. KAPLAN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by regular mail upon Loi Van Nguyen's counsel, Raymond Sayeg, Esq., 4 Longfellow Place, Suite 3501-06, Boston MA 02114, this 10th day of May, 2004.

_____
LAURA J. KAPLAN