UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>LOI VAN NGUYEN    )<br>)<br>_____) | CRIMINAL COMPLAINT<br>CASE NO. 04-10086-RCL |

## OPPOSITION TO MOTION FOR COLLOQUY CONCERNING COUNSEL'S CONTINUED REPRESENTATION OF DEFENDANT LOI VAN NGUYEN

NOW COMES the Defendant, Loi Van Nguyen, by and through undersigned Counsel, and opposes the Government's Motion For Colloquy Concerning Continued Representation of Defendant Loi Van Nguyen. As reasons therefore, the Government has made no showing pursuant to United States v. Foster, 469 F.2d 1 (1st Cir. 1972) of the existence of actual or potential conflict which requires the requested colloquy. Moreover, counsel has withdrawn the application referenced in the Government's motion.

WHEREFORE, Counsel for the Defendant requests that this Honorable Court deny the Government's Motion.

                                          Respectfully submitted
                                          Loi Van Ngyuen
                                          By His Attorney,

                                          _____
                                          Raymond Sayeg, BBO #555437
                                          Law Offices of Raymond Sayeg
                                          Four Longfellow Place, 35th Floor
                                          Boston, MA  02114
Dated:  May 21, 2004                      (617) 742-1184

### CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Assented to Motion to Continue was served this 21st day of May, 2004, by first class mail, postage prepaid upon United States Attorney, Laura Kaplan, U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                                          _____
                                          Raymond Sayeg