Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04CR10086 |
| ) | |
| ) | |

## WAIVER OF INDICTMENT

I, Hoi Van Nguyen, the above-named defendant, who is accused of Failure to File Currency Transaction Report being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on 11/23/04 (Date) prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____ Defendant

_____ Counsel for the Defendant

Before: _____
Judicial Officer